**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| MICHAEL R. FREMIN | CIVIL ACTION NO. 17-1670-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DET. TUTTLE, ET AL. | MAGISTRATE JUDGE HAYES |

**JUDGMENT**

Based on the foregoing Memorandum Ruling, in addition to having considered the Report and Recommendation of the Magistrate Judge, together with the written objections filed by the parties, and concurring with the findings of the Magistrate Judge as to all claims except as to Plaintiff's bystander liability claim against Defendant Humphrey,

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (Record Document 33) is **GRANTED** and all of Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 30th day of September, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT